## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---------------------------------------------------------------------------------------------------------------------

JOSHUA J. BELOW
by his Guardian, DEBRA BELOW,
CHARLIE ELIZABETH BELOW., a minor
By her Guardian ad Litem, DANIEL A. ROTTIER,        **CASE NO.:  3:15-cv-00529-wmc**
PATRICK JOSHUA BELOW., a minor
by his Guardian ad Litem, DANIEL A. ROTTIER,

                                   Plaintiffs,

DEAN HEALTH PLAN, INC.

                                   Involuntary Plaintiff,

v.

STAR BLUE BELOW-KOPF

                                   Intervening Plaintiff,
v.

YOKOHAMA TIRE CORPORATION,
ABC INSURANCE COMPANY,
YOKOHAMA CORPORATION OF AMERICA,
DEF INSURANCE COMPANY,
YOKOHAMA CORPORATION OF NORTH AMERICA,
GHI INSURANCE COMPANY,
YOKOHAMA TIRE MANUFACTURING VIRGINIA, LLC.,,
JKL INSURANCE COMPANY,
YOKOHAMA RUBBER COMPANY, LTD.,
MNO INSURANCE COMPANY.

                                   Defendants

_____

## PLAINTIFFS' DEPOSITION DESIGNATIONS OF VINCE BRANDTNER
## TO BE READ IN AT TRIAL

_____

Plaintiffs, by their attorneys, Habush Habush & Rottier, S.C.®, hereby designate the following deposition testimony of Vince Brandtner to be read in at trial:

| From<br>Page:Line | To<br>Page:Line |
|:---:|:---:|
| 10:16 | 10:19 |
| 11:17 | 12:3 |
| 12:18 | 13:17 |
| 25:15 | 25:20 |
| 31:13 | 32:3 |
| 33:16 | 35:16 |
| 37:7 | 39:1 |
| 60:16 | 60:23 |
| 61:2 | 61:25 |
| 99:9 | 99:25 |
| 108:20 | 110:22 |

Dated this 27th day of January, 2017

HABUSH HABUSH & ROTTIER S.C.®
Attorneys for Plaintiffs

By:     ____/s/ Daniel A. Rottier_____
Daniel A. Rottier
State Bar No.: 1016998
Christopher E. Rogers
State Bar No.: 1020946

**P.O. ADDRESS**
150 E. Gilman St. #2000
Madison, WI 53703
(608) 255-6663