UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOSHUA J. BELOW, by his Guardian,
DEBRA BELOW, CHARLIE
ELIZABETH BELOW and
PATRICK JOSHUA BELOW, et al.  Case No: 15-cv-00529-wmc

    Plaintiffs,
  and

DEAN HEALTH PLAN, INC.,

    Involuntary Plaintiff,

  and

STAR BLUE BELOW-KOPF by her
Guardian ad Litem, Teresa K. Kobelt,

    Intervening Plaintiff,
-vs-

YOKOHAMA TIRE CORPORATION,
ABC INSURANCE COMPANY, YOKOHAMA
CORPORATION OF AMERICA, DEF INSURANCE
COMPANY, YOKOHAMA CORPORATION OF
NORTH AMERICA, GHI INSURANCE COMPANY,
YOKOHAMA TIRE MANUFACTURING
VIRGINIA, LLC, JKL INSURANCE COMPANY,
YOKOHAMA RUBBER COMPANY, LTD. and
MNO INSURANCE COMPANY,

    Defendants.

## YOKOHAMA DEFENDANTS' RULE 26(a)(3) DISCLOSURES

COMES NOW Defendants Yokohama Tire Corporation, Yokohama Rubber Company, Yokohama Corporation of America, Yokohama Tire Manufacturing Virginia, LLC and Yokohama Corporation of North America (collectively hereafter referred to as "Defendants"), and hereby submits the following Federal Rule of Civil Procedure 26(a)(3) disclosures:

## WITNESS LIST

Pursuant to Rule 26(a)(3)(A)(i), Defendants hereby submit the name, address and telephone number of each witness that Defendants expect to present and those Defendants may call if the need arises. Defendants reserve the right to supplement or amend this list based upon any rulings of the court.

This identification of the witnesses below does not represent a certification of the witness' availability or that the witness is subject to the control of Defendants.

Defendants expect to present the following witnesses.

| Name | Address |
|---|---|
| Officer Chad Thompson (if available or by deposition) | Wisconsin State Patrol<br>23928 Lester McMullen Drive<br>Tomah, WI 54660-5376<br>(608) 374-0513 |
| Scott Stoffel (if available or by deposition) | 605 Scott Street<br>Oregon, WI 53575 |
| Joshua Below | 5021 Netherwood Rd.<br>Oregon, WI 53575 |
| Molly Shoup | 5021 Netherwood Rd.<br>Oregon, WI 53575 |
| Debra Below | 390 Nygaard<br>Oregon, WI 53575 |
| John Below | 390 Nygaard<br>Oregon, WI 53575 |
| Star Blue Below-Kopf | 549 Washington Court<br>Kewaskum, WI 53040 |
| Jennifer Kopf | 549 Washington Court<br>Kewaskum, WI 53040 |
| Vince Brandtner | 1215 Meadowview Drive<br>Salem Virginia 24153<br>(540) 797-9810 |
| Thomas Griffing | 1 Macarthur Place, Suite 800<br>Santa Ana, CA 92702<br>(714) 662-9832 |
| Gerhard Veldman | 1500 Indiana Street<br>Salem, Virginia 24153<br>(540) 266-2015 |

| | |
|---|---|
| Joseph Grant | 4201 Moss Creek Court<br>Matthews, North Carolina 28105<br>(704) 583-8736 |
| Arthur G. "Gray" Beauchamp | Kineticorp<br>6070 Greenwood Plaza Boulevard<br>Suite 200<br>Greenwood, Colorado 80111<br>(303) 733-1888 |
| Jeffrey B. Wheeler | Vector Scientific, Inc.<br>4620 Technology Drive, Unit 600<br>Golden, Colorado 80403<br>(303) 697-9975 |
| Janyna M. Mercado, PhD | 19430 Camino Ridge<br>San Antonio, Texas 78258<br>(210) 860-9755 |
| Kacy Turner | Research & Planning Consultants, L.P.<br>6300 La Calma Drive, Suite 170<br>Austin, Texas 78752<br>(512) 371-8000 |
| Brian D. Piper, Ph.D. | Research & Planning Consultants, L.P.<br>6300 La Calma Drive, Suite 170<br>Austin, Texas 78752<br>(512) 371-8000 |

Defendants may present the following witnesses if the need arises.

| Name | Address |
|---|---|
| Dr. Jerry Halsten | 800 E. 28th Street<br>Abbott Northwestern Campus<br>Minneapolis, Minnesota 55407<br>(612) 863-6015 |
| Custodian of Records<br>Wisconsin State Patrol | Wisconsin State Patrol<br>23928 Lester McMullen Drive<br>Tomah, WI 54660-5376<br>(608) 374-0513 |
| Custodian of Records<br>Social Security Administration | Office of Central Operations<br>6100 Wabash Avenue<br>Baltimore, Maryland 21215 |
| Custodian of Records<br>Rhine Auto, Inc. | W5695 Garton Road<br>Plymouth, Wisconsin 53073<br>(920) 876-2279 |
| Custodian of Records<br>American Auto Iron & Metal, Inc. | W6811 County Road 000<br>Fond Du Lac, Wisconsin 54937<br>(920) 923-6602 |
| Custodian of Records | 769 Market Street |

| Butch's Repairs | Oregon, WI 53575 (608) 835-5931 |
|---|---|
| Custodian of Records Christen Brothers Service | 55 Bowlavard Avenue Belleville, WI 53508 (608) 424-3734 |
| Custodian of Records Prairie Land Service Center | 868 Progress Way Sun Prairie, WI 53590 (608) 837-7309 |
| Custodian of Records Schoepp Motors, Inc. | 3010 Parmenter St. Middleton, WI 53562 (608) 255-7003 |
| Custodian of Records Huston Motors, Inc. | 19510 U.S. Highway 27 Lake Wales, Florida 33853 (863) 676-0595 |
| Custodian of Records Central Pontiac Buick GMS | Central Pontiac Buick GMC Wonter Haven, Florida (863) 299-1221 |
| Custodian of Records Dean Clinic – St. Mary's Hospital | 700 S. Park Street Madison, Wisconsin 53715 |
| Custodian of Records Dean Clinic Health Systems | P.O. Box 259840 Madison, Wisconsin 53725 |
| Custodian of Records Dane County Circuit Courts | Dane County Courthouse, Room 1005 215 South Hamilton Street Madison, Wisconsin 53703 (608) 266-4331 |

<u>Defendants designate the following witnesses whose testimony Defendants expect to present by deposition</u>.

Pursuant to Rule 26(a)(3)(A)(ii), Defendants designate the following witnesses whose testimony Defendants expect to present by deposition. Defendants are filing, contemporaneously with these disclosures, a transcript of each deposition along with Defendants' Deposition Designations which identifies the pertinent parts of each witness's testimony that may be presented.

| Name | Address |
|---|---|
| Scott Stoffel | 605 Scott Street<br>Oregon, WI 53575 |
| Officer Chad Thompson | Wisconsin State Patrol<br>23928 Lester McMullen Drive<br>Tomah, WI 54660-5376<br>(608) 374-0513 |

<u>Defendants identify the following documents and other exhibits that Defendants may offer if the need arises</u>.

Pursuant to Rule 26(a)(3)(A)(iii) and the Court's Procedures Governing Final Pretrial Submissions and Conference, Defendants hereby incorporate by reference Defendants' Exhibit List that was filed and submitted to the Court on January 27, 2017.

Respectfully Submitted,

**KASDORF, LEWIS & SWIETLIK, S.C.**
Attorneys for Defendants,
Yokohama Tire Corporation, Yokohama Corporation of America, Yokohama Tire Manufacturing Virginia, LLC, Yokohama Corporation of North America, Yokohama Rubber Company, Ltd.

By:     */s/ James J. Kriva*
       James J. Kriva 1018408
       jkriva@kasdorf.com
       11270 W. Park Place, 5th Floor
       Milwaukee, WI 53224
       Telephone:    (414) 577-4000
       Facsimile:    (414) 577-4400

**JOHNSON, TRENT & TAYLOR, L.L.P.**
Attorneys for Defendants,
Yokohama Tire Corporation, Yokohama Corporation of America, Yokohama Tire Manufacturing Virginia, LLC, Yokohama Corporation of North America, Yokohama Rubber Company, Ltd.

By:     */s/ T. Christopher Trent*
T. Christopher Trent, *Pro Hac Vice*
ctrent@johnsontrent.com
Texas State Bar No. 20209400
Federal Bar No. 14244
Raphael C. Taylor, *Pro Hac Vice*
rtaylor@johnsontrent.com
Texas State Bar No. 00788514
Federal Bar No. 17278
919 Milam, Suite 1700
Houston, Texas 77002
Telephone: (713) 222-2323
Facsimile: (713) 222-2226

## CERTIFICATE OF SERVICE

I certify that, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing document was served upon all counsel of record on the 27th day of January 2017.

| | |
|---|---|
| Dan Rottier<br>Christopher E. Rogers<br>HABUSH, HABUSH, & ROTTIER, S.C.<br>150 East Gilam Street, Suite 2000<br>Madison, WI 53703<br>rottier@habush.com<br>crogers@habush.com | *Via ECF* |
| Teresa Kobelt<br>WESTMONT LAW OFFICES, S.C.<br>1837 Aberg Ave.<br>Madison, WI 53704<br>teresa@kobeltlaw.com | *Via ECF* |
| Jamie Stock-Retzloff<br>DEAN HEALTH PLAN, INC.<br>P.O. Box 56099<br>Madison, WI 53705-9399<br>Jamie.stock-retzloff@deancare.com | *Via ECF* |

*/s/ Raphael C. Taylor*
Raphael C. Taylor

648958