# EXHIBIT FORM

| | | | | |
|---|---|---|---|---|
| **EXHIBITS OF**<br><br>**PLAINTIFFS – JOSHUA J. BELOW, CHARLIE ELIZABETH BELOW, a minor PATRICK JOSHUA BELOW, a minor**<br><br>*(Plaintiffs reserve the right to enlarge any exhibit or portion thereof)* | | **JOSHUA J. BELOW BY HIS GUARDIAN, DEBRA BELOW, CHARLIE ELIZABETH BELOW, A MINOR BY HER GUARDIAN AD LITEM, DANIEL A. ROTTIER, PATRICK JOSHUA BELOW, A MINOR BY HIS GUARDIAN AD LITEM, DANIEL A. ROTTIER,**<br><br>                                       **PLAINTIFFS,**<br><br>V.                **CASE NO.3:15-CV-00529-WMC**<br><br>**DEAN HEALTH PLAN, INC., ET AL., INVOLUNTARY PLAINTIFF, STAR BLUE BELOW-KOPF, INTERVENING PLAINTIFF, YOKOHAMA TIRE CORPORATION, ET AL.,**<br><br>                                       **DEFENDANTS.** | | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| 9/14/13 | 1 | **Stoffel, Scott** | Accident Scene Photos (WI State Patrol)<br>(BEL050004 – BEL050018) | |
| 9/20/13 | 2 | **Dill, Dustin** | Photos of Truck at Salvage Yard<br>(BEL050055 – BEL050066) | |
| 9/14/13 | 3 | **Haefner, Chris** | Statement to Police (Haefner)<br>(BEL050026 – BEL050027) | |
| 1/1/2008 | 4 | **Joshua Below** | Photo of Truck with Camper (Pre-Crash)<br>(BEL050052) | |
| 6/14/2009 | 5 | **Joshua Below** | Photo of Truck with Camper (Pre-Crash)<br>(BEL050053 – BEL050054) | |
| 9/29/2007 | 6 | **Joshua Below** | Vehicle purchase documents | |
| 2008-2013 | 7 | **Joshua Below** | Vehicle service documents | |
| 9/14/13 | 8 | **Jessen, Chris** | Accident Scene Photos (Jessen)<br>(BEL070000 – BEL070002) | |
| 9/14/13 | 9 | **Jessen, Chris** | Statement to Police (Jessen)<br>(BEL050024 – BEL050025) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 10 | **Skogen, Dennis** | Summary of Skogen Opinions | |
| | 11 | **Skogen, Dennis** | Skogen CV (001-002) | |
| 2/29/2016 | 12 | **Skogen, Dennis** | Skogen Report (066-077) | |
| 2013-2016 | 13 | **Skogen, Dennis** | Skogen Inspection Notes (138-149) | |
| 2011-2015 | 14 | **Skogen, Dennis** | Skogen Rule 26 case listing | |
| | 15 | **Skogen, Dennis** | Skogen Scaled drawing (078) | |
| 11/4/13 | 16 | **Skogen, Dennis** | Tire Inspection Photos (Skogen) (0001-0217) | |
| 9/22/15 | 17 | **Skogen, Dennis** | Tire Inspection Photos (Skogen) (0272-0336) | |
| 8/11/14 | 18 | **Skogen, Dennis** | Accident Scene Photos (Skogen) (0218-0271) | |
| 2/23/2016 | 19 | **Skogen, Dennis** | Skogen Reconstruction Calculations (136 – 137) | |
| | 20 | **Skogen, Dennis** | Google Street View of scene area (129 – 135) | |
| | 21 | **Skogen, Dennis** | Subject truck Car Fax report (050030-038) | |
| 8/27/2014 | 22 | **Skogen, Dennis** | Below vehicle specifications- Skogen data form (079-082) | |
| | 23 | **Skogen, Dennis** | Aerial photo of accident scene area | |
| | 24 | **Skogen, Dennis** | PHYSICAL EXHIBIT: Vehicle Model | |
| 8/31/2015 | 25 | **Derian, Gary** | Photos of Tire (Derian) (DER 26-76) | |
| 2017 | 26 | **Derian, Gary** | Warning Label Photos | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 10/30/13 | 27 | **Derian, Gary** | Accident Vehicle Photos at Salvage (Tadysak) (BEL070003-BEL070035) | |
| 5/14/14 | 28 | **Derian, Gary** | Accident Scene Photos (Tadysak) (BEL070036-BEL070058) | |
| 5/16/14 | 29 | **Derian, Gary** | Accident Vehicle Photos at Salvage (Malone) (BEL070059 -BEL070143) | |
| 8/14/14 | 30 | **Derian, Gary** | Accident Vehicle Photos (Malone) (BEL070144-BEL070227) | |
| | 31 | **Derian, Gary** | Derian, Gary – CV  (DER 643-645) | |
| 3/1/16 | 32 | **Derian, Gary** | Derian, Gary – Report (DER 626-638) | |
| | 33 | **Derian, Gary** | Derian, Gary – Notes (DER 020-025) | |
| | 34 | **Derian, Gary** | Derian Rule 26 Case Listing (DER 639-642) | |
| 9/14/13 | 35 | **Derian, Gary** | Police Report (BEL050020 – BEL050027) | |
| 2005-2013 | 36 | **Derian, Gary** | Timeline: Mileage/Service timeline | |
| | 37 | **Derian, Gary** | PHYSICAL EXHIBIT – LT285 Yokohama (G051) Tire Mounted on 6.5 in. rim | |
| | 38 | **Derian, Gary** | PHYSICAL EXHIBIT – LT285 Yokohama (G051) Tire Mounted on 7.5 in. rim | |
| | 39 | **Derian, Gary** | PHYSICAL EXHIBIT LT285/75R16 Geolander (G051) Tire | |
| | 40 | **Derian, Gary** | PHYSICAL EXHIBIT - Subject Tire | |
| | 41 | **Derian, Gary** | PHYSICAL EXHIBIT - Remnant from Subject Tire | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 42 | **Derian, Gary** | PHYSICAL EXHIBIT - Wheel from Below Truck - 1 | |
| | 43 | **Derian, Gary** | PHYSICAL EXHIBIT - Wheel from Below Truck – 2 | |
| | 44 | **Derian, Gary** | PHYSICAL EXHIBIT - Wheel from Below Truck – 3 | |
| | 45 | **Derian, Gary** | PHYSICAL EXHIBIT - Wheel from Below Truck – 4 | |
| | 46 | **Derian, Gary** | Yokohama Inspection Manual (1193 – 1360) (Confidential) | |
| | 47 | **Derian, Gary** | PowerPoint: Tire Data | |
| | 48 | **Derian, Gary** | Animation: Tire Building | |
| | 49 | **Derian, Gary** | Diagram: Tire Components | |
| | 50 | **Derian, Gary** | PowerPoint: Roof Crush | |
| | 51 | **Derian, Gary** | Summary of Derian Opinions | |
| | 52 | **Derian, Gary** | Chart: What is Oversteer? | |
| | 53 | **Derian, Gary** | Chart: Test Track Controllability Studies v. Real World | |
| | 54 | **Derian, Gary** | Chart: What Mr. Below Experienced at the Time of Tire Failure | |
| | 55 | **Derian, Gary** | Animation: Tread Separation | |
| | 56 | **Derian, Gary** | Chart: Manufacturing Defects in the Subject Tire | |
| | 57 | **Derian, Gary** | Chart: Nylon Cap Ply Benefits | |
| | 58 | **Derian, Gary** | Chart: Common Problems with Steel Belted Radial Tires | |
| | 59 | **Derian, Gary** | Chart: Safety Hierarchy in Engineer Design | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 60 | **Derian, Gary** | Chart: NHTSA Controllability Study Summary | |
| | 61 | **Derian, Gary** | Code of Ethics for Engineers (National Society of Professional Engineers) | |
| 8/13/2010 | 62 | **Derian, Gary** | Analysis of Bead Compression Grooves, Carlson, Taylor (August 13, 2010) | |
| 1/2003 | 63 | **Derian, Gary** | Investigation of Driver Reactions to Tread Separation Scenarios in the National Advance Driving Simulator (NADS) DOT HS 809 523 January, 2003 | |
| 6/8-10/2009 | 64 | **Derian, Gary** | Dynamic Testing of an SUV with Tire Tread Separation, Gilbert, Yanda, Mueller, Proceedings of the 19th Canadian Multidisciplinary Road Safety Conference, Saskatoon, Saskatchewan, June 8-10, 2009 | |
| | 65 | **Derian, Gary** | The Influence of a Rear Tire Tread Separation on a Vehicle's Stability and Control, Steven Arndt, Mark Arndt | |
| | 66 | **Derian, Gary** | 2000 Tire and Rim Association Data (pp. 2-17 – 2-23) | |
| | 67 | **Derian, Gary** | Yokohama Brochure for Geolander G051, G052, and G053 tires (2419-020) | |
| 11/17/2000 | 68 | **Derian, Gary** | 11/17/2000 Yokohama Interoffice Memo – Belt Edge Separation Study (1424 – 1444) (Confidential) | |
| 11/17/2000 | 69 | **Derian, Gary** | 11/17/2000 Yokohama Interoffice Memo – LCR Belt Edge Separation Update (1411 – 1423) (Confidential | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 12/13/2000 | 70 | **Derian, Gary** | 12/13/2000 Yokohama Interoffice Memo – E205VW Belt Edge Separation Study (1093 – 1096) (Confidential) | |
| | 71 | **Derian, Gary** | Dunn Tire Brochure - G052 Yokohama | |
| | 72 | **Derian, Gary** | Yokohama Top Adjustment Conditions (2072) (Confidential) | |
| | 73 | **Derian, Gary** | Yokohama Warranty Records (2504 – 2544; 2706 – 2707) (Confidential) | |
| 7/7/2003 | 74 | **Derian, Gary** | Yokohama Testing Data, dated July 7, 2003 (124 – 127) (Confidential) | |
| 7/29/2009 | 75 | **Derian, Gary** | Yokohama Testing Data, dated July 29, 2009 (2693 – 2704) (Confidential) | |
| 2007 | 76 | **Derian, Gary** | Yokohama Geolander H/TS Brochure | |
| | 77 | **Derian, Gary** | Photographs from Yokohama Salem Slideshow | |
| 2016 | 78 | **Derian, Gary** | Yokohama Tire Catalog - 2016 | |
| 3/3/2015 | 79 | **Derian, Gary** | Yokohama Press Release 3/3/2015 | |
| 7/14/2016 | 80 | **Derian, Gary** | Yokohama Press Release 7/14/2016 | |
| 2006/2007 | 81 | **Derian, Gary** | Yokohama Tire Catalog – 2006/2007 | |
| | 82 | **Derian, Gary** | Yokohama Literature G055 | |
| | 83 | **Derian, Gary** | Yokohama Literature G056 | |
| | 84 | **Derian, Gary** | Yokohama Catalog 2015 - 2016 | |
| | 85 | **Derian, Gary** | FMEA | |
| 10/1/2004 | 86 | **Derian, Gary** | FMVSS 571.139 (10/1/2004) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 87 | **Derian, Gary** | American Prospector A/T Brochure | |
| | 88 | **Derian, Gary** | Uniroyal Laredo All Season AWP Brochure | |
| | 89 | **Derian, Gary** | BF Goodrich Long Trail T/A Brochure | |
| 2/19/2013 | 90 | **Derian, Gary** | Patent 8,376,009 (2013) | |
| 2/16/1988 | 91 | **Derian, Gary** | Patent 4,724,881 (1988) | |
| 1/22/1980 | 92 | **Derian, Gary** | Patent 4,184,530 (1980) | |
| 11/26/1974 | 93 | **Derian, Gary** | Patent 3,850,219 (1974) | |
| 8/18/1981 | 94 | **Derian, Gary** | Patent 4,284,117 (1981) | |
| | 95 | **Derian, Gary** | Patent EP0079588 (1983) | |
| | 96 | **Derian, Gary** | US Code Annotated, Title 15, Sections 1115-1600, Chptr. 38-Definitions | |
| 9/9/1966 | 97 | **Derian, Gary** | Public Law 89-563, NHTSA (9/9/1966) | |
| 11/28/1980 | 98 | **Derian, Gary** | Claybrook Letter to Automobile Manufacturers (11/28/1980) | |
| | 99 | **Derian, Gary** | Selected Written Discovery Responses of Yokohama | |
| | 100 | **Kenny, Thomas (adversely)** | Yokohama Organization Chart – (Dep. Exh. 11) (Confidential) | |
| | 101 | **Kenny, Thomas (adversely)** | Computer search spreadsheet – (Dep. Exh. 12) (Confidential) | |
| | 102 | **Kenny, Thomas (adversely)** | Supplement to Exhibit 12- (Dep. Exh. 13) (Confidential) | |
| 2008 | 103 | **Kenny, Thomas (adversely)** | Tire and Rim Association Fitment Chart (Dep. Exh. 14) (Confidential) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| 2006 | 104 | **Kenny, Thomas (adversely)** | 2006 Yokohama Data Book (Dep. Exh. 15) (Confidential) | |
| 12/22/2015 | 105 | **Brandtner, Vince (adversely)** | Tire assembly specifications – (Dep. Exh. 16) (Confidential) | |
| 2005-2006 | 106 | **Brandtner, Vince (adversely)** | In-Process Control Standards – (Dep. Exh. 17) (Confidential) | |
| 2/16/2005 | 107 | **Brandtner, Vince (adversely)** | Cure specification – (Dep. Exh. 18) (Confidential) | |
| | 108 | **Brandtner, Vince (adversely)** | Tire building spec- 2nd Stage – (Dep. Exh. 19) (Confidential) | |
| | 109 | **Brandtner, Vince (adversely)** | Tire building spec – 1st Stage – (Dep. Exh. 20) (Confidential) | |
| | 110 | **Brandtner, Vince (adversely)** | Diagram: Outline of interior of tire YRC 00030 (Dep. Exh. 21) (Confidential) | |
| 7/27/2016 | 111 | | Brandtner Deposition portions read/played to the jury | |
| 7/27/2016 | 112 | | Kenny Deposition portions read/played to the jury | |
| 7/27/2016 | 113 | | Veldman Deposition portions read/played to the jury | |
| 9/21/1996 to 12/17/1996 | 114 | **Davis, Elizabeth, MD** | St. Mary's Hospital Medical Records – Madison, WI | |
| 1/6/2012 to 11/10/2016 | 115 | **Davis, Elizabeth, MD** | Dean Clinic Medical Records – Madison, WI | |
| 9/14/13 | 116 | **Davis, Elizabeth, MD** | Tomah Area Ambulance Report – Tomah, WI | |
| 9/14/13 | 117 | **Davis, Elizabeth, MD** | Tomah Memorial Hospital Medical Records – Tomah, WI | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 9/14/13 | 118 | **Davis, Elizabeth, MD** | St. Joseph's Hospital/Spirit Transport Medical Records – Marshfield, WI | |
| 9/14/2013 to 10/3/2013 | 119 | **Davis, Elizabeth, MD** | Gundersen Lutheran Health Medical Record Excerpts – La Crosse, WI | |
| 9/14/13 and 9/17/13 | 120 | **Davis, Elizabeth, MD** | Gundersen Lutheran Radiology CD – La Crosse, WI  9/14/13 – CT head without contrast  9/14/13 – CT abdomen/pelvis  9/17/13 – CT head w/o contrast | |
| 10/3/2013 to 10/24/2013 | 121 | **Davis, Elizabeth, MD** | Select Specialty Hospital – Madison, WI | |
| 10/24/2013 to 11/4/2013 | 122 | **Davis, Elizabeth, MD** | Columbia St. Mary's Sacred Heart Rehabilitation Institute Medical Records – Milwaukee, WI | |
| 1/1/2013 to 7/13/2016 | 123 | **Davis, Elizabeth, MD** | Stoughton Hospital Medical Records – Stoughton, WI | |
| | 124 | **Davis, Elizabeth, MD** | Dr. Elizabeth Davis Curriculum Vitae | |
| 9/29/16 | 125 | **Davis, Elizabeth, MD** | Dr. Elizabeth Davis Clinic Note/Final Report | |
| 10/18/16 | 126 | **Davis, Elizabeth, MD** | Columbia St. Mary's - Sacred Heart Speech Language Pathology Report Requested by Dr. Elizabeth | |
| | 127 | **Egge, Karl Professor** | Professor Karl Egge Curriculum Vitae | |
| | 128 | **Egge, Karl Professor** | Tables I, II, III and Appendix Table I | |
| | 129 | **Schutz, Kevin, MS, LPC** | Kevin Schutz, MS, LPC Curriculum Vitae | |