UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSHUA J. BELOW
by his Guardian, DEBRA BELOW,
CHARLIE ELIZABETH BELOW., a minor
By her Guardian ad Litem, DANIEL A. ROTTIER,

PATRICK JOSHUA BELOW., a minor
by his Guardian ad Litem, DANIEL A. ROTTIER,

           **CASE NO.: 3:15-cv-00529-wmc**
    Plaintiffs,

DEAN HEALTH PLAN, INC.

    Involuntary Plaintiff,

v.

STAR BLUE BELOW-KOPF

    Intervening Plaintiff,

v.

YOKOHAMA TIRE CORPORATION,
ABC INSURANCE COMPANY,
YOKOHAMA CORPORATION OF AMERICA,
DEF INSURANCE COMPANY,
YOKOHAMA CORPORATION OF NORTH AMERICA,
GHI INSURANCE COMPANY,
YOKOHAMA TIRE MANUFACTURING VIRGINIA, LLC.,,
JKL INSURANCE COMPANY,
YOKOHAMA RUBBER COMPANY, LTD.,
MNO INSURANCE COMPANY.

    Defendants

---

**PLAINTIFFS' PROPOSED SPECIAL VERDICT**

---

The Plaintiffs, by their attorneys, Habush Habush & Rottier, SC, request that the court submit the following verdict questions to the jury:

We, the Jury, after having heard the evidence in this case and having been instructed about the law by the Judge, render our verdict as follows:

QUESTION NO. 1: Was the LT285/75R16 122/119Q 8D Geolandar H/T-S G051, when it left the possession of Yokohama Rubber Company/Tire Corporation and reached Mr. Below without substantial change in the condition it was sold, in such defective condition as to be unreasonably dangerous to the prospective user?

**ANSWER:** _____
**(Yes or No)**

QUESTION NO. 2: If you answered Question No. 1 "Yes," then answer this question:

Was such defective condition a cause of the accident?

**ANSWER:** _____
**(Yes or No)**

QUESTION NO. 3: Was defendant Yokohama Rubber Company/Tire Corporation negligent in its design, manufacturing or provision of warnings relating to the LT285/75R16 122/119Q 8D Geolandar H/T-S G051?

**ANSWER:** _____
**(Yes or No)**

QUESTION NO. 4: If you answered Question No. 3 "Yes," then answer this question:

Was such negligence of Yokohama Rubber Company/Tire Corporation a cause of the accident?

**ANSWER:** _____
**(Yes or No)**

**REGARDLESS OF HOW YOU HAVE ANSWERED THE PREVIOUS QUESTIONS, YOU MUST ANSWER THE FOLLOWING QUESTIONS:**

QUESTION NO. 5: For the injuries sustained by Joshua Below, what sums of money are fair and reasonable compensation for:

a) Past medical expenses $498,863.99

b) Future medical expenses $_____

c) Past pain, suffering, and disfigurement $_____

d) Future pain, suffering, and disfigurement $_____

e) Past wage loss $_____

Dated at Madison, Wisconsin this \_\_\_\_ day of _____, 2017.

_____
FOREPERSON

DISSENTING JURORS:

_____  As to Question No._____

_____  As to Question No._____