UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSHUA J. BELOW
by his Guardian, DEBRA BELOW,
CHARLIE ELIZABETH BELOW., a minor
By her Guardian ad Litem, DANIEL A. ROTTIER,

PATRICK JOSHUA BELOW., a minor
by his Guardian ad Litem, DANIEL A. ROTTIER,

              **CASE NO.: 3:15-cv-00529-wmc**
    Plaintiffs,

DEAN HEALTH PLAN, INC.

    Involuntary Plaintiff,

v.

STAR BLUE BELOW-KOPF

    Intervening Plaintiff,

v.

YOKOHAMA TIRE CORPORATION,
ABC INSURANCE COMPANY,
YOKOHAMA CORPORATION OF AMERICA,
DEF INSURANCE COMPANY,
YOKOHAMA CORPORATION OF NORTH AMERICA,
GHI INSURANCE COMPANY,
YOKOHAMA TIRE MANUFACTURING VIRGINIA, LLC.,,
JKL INSURANCE COMPANY,
YOKOHAMA RUBBER COMPANY, LTD.,
MNO INSURANCE COMPANY.

    Defendants

---

**PLAINTIFF'S REQUESTED JURY INSTRUCTIONS**

---

1

Plaintiffs, by their attorneys, Habush Habush & Rottier, S.C., respectfully request the Court to read to the jury, in addition to the court's standard jury instructions, the following Seventh Circuit Pattern Civil Jury Instructions:

| | |
|---|---|
| 1.23 | Summaries |
| 1.24 | Demonstrative Exhibits |
| 1.25 | Multiple Claims (first paragraph) |
| 1.27 | Burden of Proof |

Plaintiffs also respectfully request the Court to read to the jury the following Wisconsin Civil Jury Instructions

| | |
|---|---|
| 145 | Special Verdict Questions: Interrelationship |
| 150 | Damage Question Answered by the Court |
| 261 | Medical or Scientific Treatise in Evidence |
| 305 | Measurements |
| 354 | Presumptions- Conflict As To Existence of Basic Fact; No Evidence Introduced from which Nonexistence of Presumed Fact Could Be Inferred (modified to include facts) (attached) |
| 1005 | Negligence: Defined |
| 1105A | Management and Control – Emergency |
| 1500 | Cause |
| 1700 | Damages: General |
| 1756 | Personal Injuries: Past Medical and Health Care Expenses |
| 1758 | Personal Injuries: Future Medical and Health Care Expenses |
| 1766 | Personal Injuries: Past Pain, Suffering & Disability (Disfigurement) |

| | |
|---|---|
| 1767 | Personal Injuries: Future Pain, Suffering & Disability (Disfigurement) |
| 1795 | Personal Injury: Life Expectancy and Mortality Tables |
| 1838 | Injury to Parent: Minor Child's Loss of Society and Companionship |
| 3240 | Negligence: Duty of Manufacturer |
| 3242 | Negligence: Duty of Manufacturer to Warn |
| 3254 | Duty of Buyer or Consumer: Contributory Negligence |
| 3260.1 | Product Liability: Wis. Stat. § 895.047 (for Actions Commenced after January 31, 2011) |

Dated this 27th day of January, 2017

                              HABUSH HABUSH & ROTTIER S.C.®
                              Attorneys for Plaintiffs

        By:     /s/ Daniel A. Rottier
                              Daniel A. Rottier
                              State Bar No.: 1016998
                              Christopher E. Rogers
                              State Bar No.: 1020946

**P.O. ADDRESS**
150 E. Gilman St. #2000
Madison, WI 53703
(608) 255-6663