Dennis Skogen, P.E.

Mr. Skogen is a Professional Engineer in the State of Wisconsin. He is a mechanical engineer with expertise in the areas of accident reconstruction, accident investigations, failure analysis and design analysis.

He received his Bachelors in Mechanical Engineering in 1969 and his Masters in Mechanical Engineering in 1986.

He is a member of several professional engineering associations, including the Society of Automotive Engineers, American Society of Mechanical Engineers, American Society of Agricultural and Biological Engineers, National Society of Professional Engineers, National Safety Council. He has been invited to speak at various professional functions addressing his areas of expertise. These include functions hosted by plaintiffs' attorneys, defense attorneys, insurance companies, attorneys generals, sheriff departments, and state coroners, among others.

Since 1970, he had been the President of his company, where he and his team consult in areas of accident reconstruction, machine design, failure analysis, industrial and agricultural accident investigations, and vehicle and machine testing. Mr. Skogen has given testimony in both state and federal courts across the country.