Kevin Schutz, MS, LCP

Mr. Kevin Schutz is a vocational rehabilitation counselor.  He is the owner of Professional Rehabilitation Services, Ltd. in Madison.  Mr. Schutz received a Bachelor of Science Degree in Rehabilitation Psychology from the University of WI – Madison in August 1987.  He went on to obtain a Master of Science Degree in Rehabilitation Psychology from the University of WI – Madison in December 1988.

As a vocational rehabilitation counselor, Mr. Schutz works with people who have need to have vocational evaluations performed regarding the vocational impact of injury or medical condition.

Mr. Schutz works with clients of Wisconsin Division of Vocational Rehabilitation (DVR), attorneys and insurance companies.  He is responsible for the coordination and implementation of vocational evaluations for these clients.  His evaluations include administering psychometric testing, scoring and interpreting results.

Mr. Schutz also identifies wage earning potentials of clients and the loss of earning capacity for those who have suffered severe or catastrophic injures rendering them unable to be employed or to be employed at a much lower level than before the injury or medical condition. He prepares reports on his vocational findings including the ability to be employed, at what position a person can be employed and any loss of earning capacity if different than prior to an injury or medical condition.

Mr. Schutz has testified many times in court both for plaintiff and defense firms and workers' compensation hearings regarding the vocational impact of an injury or medical condition.