UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSHUA J. BELOW
by his Guardian, DEBRA BELOW,
CHARLIE ELIZABETH BELOW., a minor
By her Guardian ad Litem, DANIEL A. ROTTIER,

PATRICK JOSHUA BELOW., a minor
by his Guardian ad Litem, DANIEL A. ROTTIER,

                                      **CASE NO.: 3:15-cv-00529-wmc**

        Plaintiffs,

DEAN HEALTH PLAN, INC.

        Involuntary Plaintiff,

v.

STAR BLUE BELOW-KOPF

        Intervening Plaintiff,

v.

YOKOHAMA TIRE CORPORATION,
ABC INSURANCE COMPANY,
YOKOHAMA CORPORATION OF AMERICA,
DEF INSURANCE COMPANY,
YOKOHAMA CORPORATION OF NORTH AMERICA,
GHI INSURANCE COMPANY,
YOKOHAMA TIRE MANUFACTURING VIRGINIA, LLC.,,
JKL INSURANCE COMPANY,
YOKOHAMA RUBBER COMPANY, LTD.,
MNO INSURANCE COMPANY.

        Defendants

---

**PLAINTIFFS' MOTION IN LIMINE #1: BAR EVIDENCE RELATING TO ISSUES BETWEEN THE BELOW FAMILY AND JOSHUA BELOW'S EX-WIFE**

---

      The above-named plaintiffs, by their attorneys, Habush Habush & Rottier S.C.®,

move the Court to issue an order granting plaintiffs' Motion in Limine and excluding

1

introduction of any testimony about or reference to acrimony between the Below family and Joshua Below's ex-wife, Jen Kopf.

This motion is based on the Affidavit of Daniel A. Rottier and the brief filed in support hereof, and all records, files and proceedings had herein.

Dated this 27th day of January, 2017

HABUSH HABUSH & ROTTIER S.C.®
Attorneys for Plaintiffs


/s/ Daniel A. Rottier
Daniel A. Rottier
State Bar No.: 1016998
rottier@habush.com
Christopher E. Rogers
crogers@habush.com
State Bar No.: 1020946
Attorneys for Plaintiffs


**P.O. ADDRESS**
150 E. Gilman St. #2000
Madison, WI 53703
(608) 255-6663