

# ACCIDENT ANALYSIS REPORT

Joshua Below vs. Yokohama Tire Corporation, et al

United States Court District of Wisconsin
Case No.:  3:15-CV-00529-WME

Prepared by

Dennis D. Skogen

of

*Skogen Engineering Group, Inc.*

Prepared for

Daniel A. Rottier

Habush, Habush & Rottier, SC

# February 29, 2016



## INTRODUCTION

This report concerns an accident which occurred on September 14, 2013, in the westbound lanes of Interstate 94 in Monroe County, Wisconsin. The vehicle involved was a 2005 GMC K2500 extended cab pickup truck driven by Joshua Below. Mr. Below was severely injured when the right rear tire failed on his GMC pickup which caused his vehicle to enter into the grassy median between the westbound and eastbound lanes of Interstate 94. After entering the grassy median, the GMC pickup rolled over before coming to rest in the eastbound lanes of Interstate 94. The accident occurred during daylight hours and when the pavement surface was dry.

## ENGINEERING QUALIFICATIONS

Prior to and after receiving my undergraduate degree in Mechanical Engineering from the University of Wisconsin-Madison, I designed machinery including mechanical devices, machine components and machine structures. After beginning my professional career as a draftsman at Gilman Engineering and Manufacturing in Janesville, Wisconsin, I was in charge of designing workstations on Automatic Assembly Equipment. My responsibilities included component selection and testing to ensure part capability, assembly station performance and machine structure durability. During and after my studies for my Bachelor of Science Degree in Mechanical Engineering, I was a machine designer at Gisholt Machine Tool Company in Madison, Wisconsin where I had design responsibility for four product lines of Non-Indexing Automatic Lathes. My responsibilities included the design and selection of the machine structures, machine components and mechanical devices to ensure successful, safe and reliable performance of the lathes used in metal removal. Of particular concern was the safety of operators and bystanders during machining of the metal work pieces which were being held in place and rotated during the metal removal process.

In 1970, I began working with Professor A. H. Easton who was a professor in Civil and Mechanical Engineering at the University of Wisconsin in Madison. Over the last forty-six years, I have analyzed in excess of 8000 cases involving vehicle accidents and machine design issues. I have a Master's of Science Degree in Mechanical Engineering from the University of Wisconsin in Madison where the courses I took included Mechanical Design, Accident Reconstruction, and Human Factors in Accident Causation. Undergraduate courses I took at the University of Wisconsin in Madison included Statics, Dynamics, and Strength of Materials which contribute to my engineering knowledge. I have been a Registered Professional Engineer in Wisconsin since 1971 and a copy of my curriculum vitae is attached as an addendum to this report along with a list of cases in which I have given testimony in depositions or trials over the last four years.

In this case as in the cases I have analyzed and reconstructed over the last 46 years, I have followed Standard Engineering Practices and established Protocol. The Protocol includes the initial assignment given by my clients and the application of Engineering Principals and Laws of Physics to fulfill the assignment to answer questions about the accident. In this case, we were asked to reconstruct the accident including a determination of the speed of the Below GMC pickup during the accident event.

1



## MATERIALS REVIEWED

As part of our engineering protocol, we obtained and analyzed materials that relate to the accident. In this case the materials included the following items:

1. The Wisconsin Motor Vehicle Accident Report as completed by the Wisconsin State Patrol.

2. Photographs taken at the accident scene by the investigating officers.

3. A supplemental witness statement that was given to the Wisconsin State Patrol by Chris Jensen.

4. A supplemental witness statement that was given to the Wisconsin State Patrol by Christopher Haefner.

5. Photographs that were taken by your office at the accident site on May 14, 2014.

6. Our inspection and survey of the accident site on August 11, 2014.

7. Our subsequent inspection of the accident site on November 17, 2014.

8. Our inspection of the failed Yokohama tire that had been on the right rear wheel of the 2005 GMC pickup.

9. Our inspection of a separated part of tire from the failed Yokohama tire that had been on the right rear wheel of the 2005 GMC pickup.

10. Our inspection of the four wheel rims that had been on the 2005 GMC pickup at the time of the accident.

11. An aerial photograph of the accident area. The aerial photograph was taken on October 12, 2013.

12. Photographs of the westbound lanes of Interstate 94 in the area of the accident which were taken in September of 2012.

13. The manufacturer's specifications for the 2005 GMC pickup.

14. Our enclosed scale drawing.

SKO 068



## INVESTIGATION

We began our investigation of this case after your inquiry of October 30, 2013. We subsequently received the above listed information. On August 11, 2014, we traveled to the accident site on I-94 in Monroe County, Wisconsin. The investigating officers' measurements and photographs taken at the accident scene were used to identify the area where the accident occurred. The accident site was surveyed in detail and the survey measurements were used in the preparation of the enclosed scale drawing in keeping with standard accepted engineering practice.

As shown on the drawing, in the area where the accident occurred the westbound lanes of I-94 travel in a northerly direction. The right hand through lane had an overall width of 12.2 feet while the left hand through lane had an overall width of 11.3 feet. A dashed white line separated the rightmost westbound lane from the leftmost westbound lane. A 10.9 foot wide asphalt paved shoulder was present along the east side of the westbound lanes. A white fog line separated the right-hand westbound lane from the paved shoulder. In addition, a 3.2 foot wide gravel shoulder was present along the eastern edge of the westbound pavement. A continuous yellow line identified the west side of the left westbound lane. An additional 3.8 foot wide asphalt paved shoulder and a 3.3 foot wide gravel shoulder were present along the western edge of the westbound lanes. Rumble strips were located in the left asphalt shoulder and the posted speed limit in the area was 65 miles per hour. The westbound lanes of I-94 are straight with a downgrade of 1.5 percent in the area where the accident took place. As shown on our drawing, a grassy median separated the westbound lanes from the eastbound lanes of I-94. During the course of our survey, items of debris from the GMC pickup and its cargo were identified in the grassy median. The items of debris that were noted are shown on our scale drawing.

Following Standard Accident Reconstruction Protocol, after the accident site was surveyed, the evidenced gathered and the scale drawing prepared, the location of evidence on the highway that can be seen in the accident scene photographs was placed on the scale drawing. In particular, the final rest position of the GMC pickup truck and the trailer that Mr. Below had been pulling was identified on the scale drawing. As shown in the police photographs, the pickup truck came to rest on its roof and facing in a southwesterly direction. Therefore, the GMC pickup rolled over during the accident events and when it was in the grass median.

In addition, tire marks that were left by the Below pickup truck and trailer that are shown in the investigating officers' photographs, extending from the right-hand westbound lane across the left-hand westbound lane and into the median were placed on the scale drawing. These tire marks from the Below pickup truck and trailer were then used to plot the pickup truck's path from its position in the westbound lanes to its final rest position



## ACCIDENT SEQUENCE

Based upon the available information, our scale drawing, the officers' photographs, and by following of the Standard Accident Reconstruction Protocol, the path traveled by the GMC pickup truck and attached trailer was identified. A scale model of the pickup truck and trailer and the marks left on the pavement in the westbound lanes and the marks and debris the vehicle left as it traveled into the median to its final rest position were used to determine the vehicle's path. From the distance of approximately 124 feet that the GMC pickup traveled during the rollover event, the vehicle rolled over two and one-half times to its right as it was yawing and traveling to the northwest to its final rest position.

Based upon the investigating officers' photographs, our survey and scale drawing of the accident scene including the location of debris and tire marks, we have determined that the accident sequence began when the right rear tire of the Below 2005 GMC pickup truck failed. The area of tire failure is identified by the presence of the separated part of tire from the failed right rear tire of the Below pickup truck that is shown on the west edge of the westbound lanes in the police photographs and as identified on our scale drawing. After the right rear tire failed, the GMC began to yaw or rotate counterclockwise as viewed from above. As the pickup and attached trailer continued in a northerly direction in the westbound lanes, the pickup continued to yaw. The GMC pickup then exited the west side of the westbound lanes and entered the grassy median. As shown by the location of debris, the GMC began to roll to its right and rolled over two and one-half times before coming to rest on its roof in the eastbound lanes, facing in a southwesterly direction.

Based upon Laws of Physics including the Conservation of Kinetic Energy, the speed of the GMC pickup truck and attached trailer may be determined. At the start of the tire marks in the westbound lanes that were caused by the GMC pickup, its speed was 58 to 63 miles per hour. Factors in the determination of the speed included the coefficient of friction or rate of slowing down for the GMC pickup as it traveled on the asphalt surface and as it traveled into the grassy median. The effects of road elevation change and the distance the vehicle traveled from the start of the marks to its final rest position were also incorporated in our determination of the speed of the vehicle at the start of the tire marks. It is our understanding that accident witness observations concerning the GMC's speed confirm our speed calculations.

## CONCLUSIONS

In summary, the accident occurred when the right rear Yokohama tire on the GMC pickup suddenly failed which resulted in the GMC pickup initiating a yaw in a counterclockwise direction as the vehicle continued northbound in the westbound lanes. The speed of the GMC pickup in the area at the start of the yaw was 58 to 63 miles per hour. The GMC pickup continued to yaw as it traveled off the west side of the westbound lanes and entered the grass median. The GMC pickup rolled over two and one-half times with its right side leading until it came to rest in the eastbound lanes on its roof and facing in a southwesterly direction.

SKO 070



If you have any questions or if I may be of further assistance, please contact me.

Very truly yours,

SKOGEN ENGINEERING GROUP, INC.

Dennis D. Skogen
Professional Engineer
President

DDS/ms

Enclosure – Scale Drawing
         Photographs
         Photolog
         Resume
         List of Testimony



SKO 072

## PHOTOLOG FOR FILE NUMBER 26075

1 - 217 -   These photographs were taken on November 4, 2013 at the Skogen Engineering Group shop. The photographs depict the wheel rims and the failed Yokohama tire that had been on the right rear wheel of the Below 2005 GMC pickup truck at the time of the accident.

218 - 271 -   These photographs were taken during the course our accident site inspection that was completed on August 13, 2014.

272 - 330 -   These photographs were taken on September 22, 2015 at the Skogen Engineering Group shop. The photographs depict the failed Yokohama tire that had been on the right rear wheel of the Below 2005 GMC pickup truck at the time of the accident.

331 - 336 -   These photographs were taken on September 22, 2015 at the Skogen Engineering Group shop. The photographs depict a separated part of tire from the failed Yokohama tire.



Dennis D. Skogen, MSME, PE, Partner
Jeffery J. Peterson, MSME, PE, Partner
Robert J. Wozniak, MSME, AAS, PE, Partner
Paul T. Erdtmann, MSME, BSEE, PE, Partner
Christopher J. Damm, PhD
Jeffrey J. Koch, PE
Andrew C. Knutson, PE, SE, MS
David R. Zuehlke, MSPM, EIT
Zachary R. Bingen, BSME, EIT
Mary E. Stoflet, AS, Partner
James W. Torpy, BS, Partner

# Dennis D. Skogen, MSME, PE

**Date of Birth**     December 22, 1945

**Professional Experience**

### Skogen Engineering Group, Inc. - 2002 – Present
### Madison, WI
- President of Skogen Engineering Group, Inc.
- Partner
- Consulting engineer in accident investigation and reconstruction.

### Safety Engineering Associates, Inc. - 1970 - 2001
### Madison, WI
- President of Safety Engineering Associates, Inc.
- Vice President for four years
- Consulting engineer in accident investigation and reconstruction.

### Gisholt Machine Company - 1967 - 1970
### Madison, WI
- Design Supervisor and Senior Product Engineer of four Automatic Lathe Product Lines specializing in Machine Tool Safety Design

### Gilman Engineering Manufacturing Company - 1964 - 1967
### Janesville, WI
- Machine Designer of Automatic Assembly Systems

**Areas of Consulting Activities**     Motor vehicle accident reconstruction, industrial and agricultural accident investigation and analysis, vehicle and machine testing, failure analysis and design analysis.



SKOGEN ENGINEERING GROUP, INC.

**Education**

**June 1969 - University of Wisconsin - Madison, WI**
- Bachelor of Science Degree – Mechanical Engineering

**May 1986 - University of Wisconsin - Madison, WI**
- Master of Science Degree – Mechanical Engineering

**Memberships/ Societies**
- Society of Automotive Engineers - Lifetime member
- American Society of Mechanical Engineers - Lifetime member
- American Society of Agricultural and Biological Engineers
- Registered Wisconsin Professional Engineer
- National Society of Professional Engineers
- National Safety Council
- Pi Tau Sigma
- Phi Eta Sigma

**Other Activities**

Appointed to the City of Madison Engineering Council – 1973, 1974, 1975, 1976 and 1977

Special Consultant on Highway Safety to Governor of Wisconsin in 1977

Speaker at the Defense Research Institute and Civil Trial Counsel of Wisconsin

Speaker at the Wisconsin Academy of Trial Lawyers

Speaker at American Board of Trial Advocacy

SKO 075

## Rule 26 List - Dennis D. Skogen

| File Number | Deposition Date | Trial Date | Client | Case Name | Plaintiff/Defense (P/D) |
|---|---|---|---|---|---|
| 24533 | 1/10/2011 | | Coffey, Patrick | Reinhold/Wallendal/Liner | D |
| 24411 | | 1/18/2011 | LaFleur, Catherine | We-Energies/Miller/Peterson/Gawryl | D |
| 23866 | | 1/20/2011 | Kost, Keith | Farmer/Rhinelander Transfer/Kotarsl | D |
| 24504 | 5/17/2011 | | Doherty, Joseph | Wannow/Menards | P |
| 24765 | 5/24/2011 | | Skow, Ardell | Holman/Holman | P |
| 24795 | 5/31/2011 | | Varline, Daniel | J.Kimmes Const./Lakehead Blacktop | D |
| 24409 | | 7/13/2011 | Davczyk, Spencer | Peterson/Hitt/Select & Better Hardwc | D |
| 24985 | 8/29/2011 | | Hamilton, W. Craig | AGCO/Tucker | D |
| 24360 | 8/31/2011 | | Averbeck, Charles | Smet/Franklin/Crete Carrier Corp. | P |
| 25225 | 9/1/2011 | | Savage, George | Destree/Belanger | D |
| 24841 | 9/16/2011 | | Whetter, Daniel | Nelson/Brantner/Saldana/Countrysid | P |
| 25258 | | 9/28/2011 | Steans, Phillip | Storandt/Dixon/Krebs/State of Wisco | P |
| 25337 | | 9/28/2011 | Dall'Ostro, Raymond | Frisbie/Baum/State of Wisconsin | D |
| 24663 | 11/4/2011 | | Skow, Ardell | Brion/Myatt | P |
| 25314 | | 11/15/2011 | Savage, George | Patz/Matz | D |
| 25068 | 12/15/2011 | | Womble, W. T. | Low/Kubota | D |
| 25102 | 1/13/2012 | | Tease, Ralph | Landolt/Doege/Steif | P |
| 25172 | 2/1/2012 | | Jaskulski, Robert | Waranka | P |
| 25361 | 2/2/2012 | | Brodd, Joel | Wingad/Quality Flooring | P |
| 24651 | 2/10/2012 | | Carlson, James | McDonald/Kubota | D |
| 25137 | 3/9/2012 | | Schaefer, Christy | Woodwrights, Inc./Fuehringer | D |
| 24651 | | 3/12/2012 | Carlson, James | McDonald/Kubota | D |
| 24232 | 5/9/2012 | | Duesing, Christopher | Smith/Polyock | P |
| 25183 | | 5/14/2012 | Cutberth, Jane | Lasarge/Vesely | D |
| 25370 | | 6/21/2012 | Vewys, Mark | Jervosek/Youngberg/Vandam/McKec | D |
| 24529 | 7/19/2012 | | Skow, Ardell | Wilhelm/Mossey/Hughes | P |
| 25386 | 7/25/2012 | | Carlson, James | Jernigan/Kubota | D |
| 25572 | 8/1/2012 | | Laufenberg, Lynn | Esser/Quick | P |
| 25228 | 8/2/2012 | | Davczyk, Spencer | Marth Transport/Kainz/Premier Tech | P |
| 25172 | 9/26/2012 | | Jaskulski, Robert | Kruise/Blawat/Payne & Dolan | P |
| 25167 | 9/28/2012 | | Lonergan, Kevin | Gernetzke/Vogel/Kreilkamp/Karel | P |
| 25572 | | 10/9/2010 | Laufenberg, Lynn | Esser/Quick | P |
| 24897 | 10/12/2012 | | Wachs, Dana/Beverly Wic | Lauer/Gertsen Interstate System/Joh | P |
| 24842 | 10/23/2012 | | Domnitz, Merrick | Brodzik/Woehlert | P |
| 25713 | | 10/24/2012 | Angell, John | Carter-Day/Kloehn | D |
| 25295 | | 10/30/2012 | Cates, John | Wiegert/Harris/City of Madison | P |
| 25508 | | 12/10/2012 | Whetter, Daniel | Baranowski/Stewart | P |
| 25589 | | 12/17/2012 | LaFleur, Catherine | Koenig/Scharenbroch | D |
| 25079 | 3/6/2013 | | Carlson, James | Nicholas/Yanmar | D |
| 25589 | 4/4/2013 | | LaFleur, Catherine | Koenig/Scharenbroch | D |
| 25020 | 4/11/2013 | | Foeckler, Allan | Kellner/Wosinski/O'Donnell Park | P |
| 24999 | | 4/16/2013 | Reis, Jacob | Calkins/Stache/Lamers Bus Line | P |
| 24647 | 5/22/2013 | | Simpson, Arthur | Chapman/Bissen/Bissen Asphalt | D |
| 25422 | 6/13/2013 | | Crooks, Michael | Adams/Uniroyal Engineered Prod. | P |
| 25511 | 7/24/2013 | | Wickstrom, Beverly | Lukes/Roberts/Dawe Rigging | P |
| 25071 | 7/25/2013 | | Guelzow, Thomas | Michels/Polaris | P |

SKO 076

| | | | | | |
|---|---|---|---|---|---|
| 25909 | 7/29/2013 | | Skow, Ardell | Hielkema/Butler | P |
| 25535 | 8/28/2013 | | Brose, Michael | Maynes/Famous Daves | P |
| 25334 | 10/7/2013 | | Skow, Ardell | Gunderson/Graff | P |
| 25955 | 11/1/2013 | | Papendorf, Jarrod | Atkinson/Mills | D |
| 25020 | 11/8/2013 | | Cannon, William | Kellner/Wosinski/O'Donnell Park | P |
| 25904 | 12/10/2013 | | Skow, Ardell | Mork/Rogers | P |
| 25842 | 12/27/2013 | | Mingo, Mark | Fluder/Edwards | D |
| 25155 | 2/7/2014 | | Trecek, Timothy | Riek | P |
| 24818 | 2/18/2014 | | Habush, Robert | Lacrosse/Voigt/Veolia | P |
| 25661 | 4/21/2014 | | Pezze, Ronald | Andersen/Xu | D |
| 25964 | 4/22/2014 | | Curtis, George | Crivello/Alar | P |
| 24894 | 5/7/2014 | | Wachs, Dana | Lauer/Gertsen Interstate System/Joh | P |
| 24681 | 5/15/2014 | | Trecek, Timothy | Hopgood/State of WI | P |
| 25908 | 6/13/2014 | | Eckert, Michael | Bergeron | D |
| 25535 | 7/11/2014 | | Brose, Michael | Maynes/Famous Daves | P |
| 25531 | 7/14/2014 | | Tornehl, W. Ted | Pall/Jackson/Roehl Transport | D |
| 25693 | 8/20/2014 | | Llaurado, Thadd | Barrera/Starline Mfg. | P |
| 26006 | 9/12/2014 | | Skow, Ardell | Otis/Making Waves Salong | P |
| 25661 | 9/16/2014 | | Pezze, Ronald | Andersen/Xu | D |
| 25842 | 12/30/2014 | | Mingo, Mark | Fluder/Edwards | D |
| 26138 | 2/4/2015 | | Tease, Ralph | McGray/Olson | P |
| 25698 | 4/13/2015 | | Crooks, Michael | Gast/Sargento | P |
| 25900 | 5/20/2015 | | Llaurado, Thadd | Westermeyer/Charter Steel | P |
| 26314 | 6/2/2015 | | Crivello, Frank | Ejink/Hoth/Gollow/Feteic | P |
| 26229 | 6/22/2015 | | Harding, Victor | Ahrens/We Energies | P |
| 25274 | 6/30/2015 | | Offenbach, Dan | Lebanon Seaboard/Hughes | D |
| 26395 | 9/9/2015 | | Moermond, James | Rother/West Wisconsin Transport/Crawford | D |
| 26018 | 9/29/2015 | | Skow, Ardell | Derousseau/Bekcer/Lambert | P |
| 26026 | 12/9/2015 | | Wachs, Dana | Mautz/Mautz | P |
| 25909 | | 12/21/2015 | Skow, Ardell | Hielkema/Butler | P |
| 25905 | | 12/29/2015 | Goss, Thomas | Spant/Holterman | D |
| | 26313 | 2/23/2016 | Algiers | Prust | P |
| | 26444 | 2/26/2016 | Richards | Cepukenas/Webb/Gardner | P |



SKO 077