IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOSHUA J. BELOW, DEBRA BELOW,
CHARLIE ELIZABETH BELOW, PATRICK
JOSHUA BELOW, STAR BLUE BELOW-KOPF
and DEAN HEALTH PLAN, INC.,

                Plaintiffs,                           ORDER

                                                                       15-cv-529-wmc
      v.

YOKOHAMA TIRE CORPORATION, YOKOHAMA
CORPORATION OF AMERICA, YOKOHAMA
CORPORATION OF NORTH AMERICA,
YOKOHAMA TIRE MANUFACTURING VIRGINIA,
LLC, and YOKOHAMA RUBBER COMPANY, LTD.,

                Defendants.
_____

The court rules as follows on the objections to deposition designations.

### Thomas Kenny

| Plaintiff's Designations | Defendants' Objections | Court Ruling |
|---|---|---|
| 32:12-32:25 | 32:12-14, 32:16, 32:18-20<br><br>32:22-23<br>FRE 402-302, Relevance, Misleading, Confusing to jury | OVERRULED<br><br>RESERVED |
| 34:14-35:8 | 34:14-16, 34:18, 34:20, 34:22, 34:24-25<br>FRE 402-302, Relevance, Misleading, Confusing to jury | SUSTAINED, and lines 35:2-8 are STRUCK |
| 36:16-39:4<br>39:9-15 | 36:16-19, 37:3, 37:21-23, 37:25-38:2, 38:7-11, 38:15-17, 38:20-21 38:23-25, 39:9-11<br>FRE 402-302, Relevance, Misleading, Lack of foundation | OVERRULED |
| 41:21-42:10 | 41:21-25, 42:4-7<br>FRE 402-302, Relevance, Misleading, Lack of foundation | Designation withdrawn |
| 42:16-42:19 | FRE 402-302, Relevance, | Objections withdrawn |

1

| Plaintiff's Designations | Defendants' Objections | Court Ruling |
|---|---|---|
|  | Misleading, Lack of foundation |  |
| 43:12-20 | 43:12-16, 43:18-19<br>FRE 402-302, Relevance, Misleading, Lack of foundation | Objections withdrawn |
| 48:14-19 | 48:14-17<br>FRE 402-302. Relevance, Vague, Misleading, Lack of foundation | OVERRULED |
| 50:3-13 | 50:3-4, 50:6-7, 50:9-10<br>50:12<br>FRE 402-302, Relevance, Misleading, Lack of foundation | Objections withdrawn |
| 57:17-58:17 | 57:17-20<br>FRE 402-302, Relevance, Confusion, Lack of foundation, Speculation | OVERRULED |
| 60:10-61:14 | 60:10<br>61:1-4<br>FRE 402-302, Relevance, Lack of foundation, Nonsensical | SUSTAINED, and lines 61:6-9 are STRUCK |
| 94:8-97:24 | 94:8-12, 94:13-16, 95:6-7, 96:1-4, 97:8-9<br>FRE 402-302, Relevance, Argumentative | RESERVED |
| 105:22-106:7 | 105:22-25<br>FRE 402-302, Misleading, Argumentative, Vague, Ambiguous | RESERVED |
| 132:13-133:7 | 132:10-12; 132:13-14, 132:23-24, 133:1-3<br>FRE 402-302, Relevance, Argumentative, Speculation, Incomplete Hypothetical, Nonsensical question | SUSTAINED |
| 140:5-18 | 140:5-6, 140:7-12<br>FRE 402-302, Lack of foundation, Argumentative, Assumes facts not in evidence | OVERRULED |
| 153:23-154:2 | 153:23-25<br>FRE 402-302, Relevance, Confusing, Nonsensical question | Designation withdrawn |

### Chris Haefner

| Plaintiff's Designations | Defendants' Objections | Court Ruling |
|---|---|---|
| 13:10-12 | Relevance, Lack of foundation, Speculation, etc. | SUSTAINED |

| Plaintiff's Designations | Defendants' Objections | Court Ruling |
|---|---|---|
| 13:20 | Relevance, Lack of foundation, Speculation, etc | SUSTAINED |
| 32:14-23 | , Speculation | OVERRULED |
| 33:2 | FRE 402-302, Speculation | OVERRULED |
| 33:5-6 | Relevance, Lack of foundation, Speculation | OVERRULED |
| 33:8-10 | FRE 402-302, Relevance, Lack of foundation, Speculation | SUSTAINED |

### Chris Jessen

| Plaintiff's Designations | Defendants' Objections | Court Ruling |
|---|---|---|
| 16:9-13 | Leading, Legal conclusion, Speculation, Lack of foundation | SUSTAINED |

### Vince Brandtner

| Plaintiff's Designations | Defendants' Objections | Court Ruling |
|---|---|---|
| 25:15-20 | FRE 402-302, Relevance, Prejudicial, Misleading | OVERRULED |
| 31:13-32:3 | 31:13-16 | SUSTAINED |
| | 31:21-24 Speculation, Misstates evidence, FRE 402-403, Relevance | OVERRULED |
| 33:16-35:16 | 33:16-18 | OVERRULED |

Entered this 3rd day of March, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge