IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA J. BELOW, CHARLIE ELIZABETH
BELOW, PATRICK JOSHUA BELOW,

 Plaintiffs,

*and*

STAR BLUE BELOW-KOPF,

 Intervenor Plaintiff,

*and*

DEAN HEALTH PLAN, INC.,

 Involuntary Plaintiff,

 v.

YOKOHAMA TIRE CORPORATION,
YOKOHAMA CORPORATION OF AMERICA,
YOKOHAMA CORPORATION OF NORTH
AMERICA, YOKOHAMA TIRE
MANUFACTURING VIRGINIA, LLC, and
YOKOHAMA RUBBER COMPANY, LTD.,

 Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-529-wmc

---

 This action came before the court and a jury for consideration with District Judge William M. Conley presiding. Partial judgment was granted by the court. The issues have now been tried and the jury has rendered its verdict.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Yokohama Tire Corporation, Yokohama Corporation of America, Yokohama Corporation of North America, Yokohama Tire Manufacturing Virginia, LLC, and Yokohama Rubber

Company, Ltd. against plaintiffs Joshua J. Below, Charlie Elizabeth Below, Patrick Joshua Below, Star Blue Below-Kopf and Dean Health Plan, Inc. dismissing this case.

Approved as to form this __10th__ day of March, 2017.

_____
William M. Conley
District Judge

_____     _____3/10/17_____
Peter Oppeneer                                                          Date
Clerk of Court